## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re: ROGER TURNER, DEBTORS  
      MARSHA TURNER

Case No.: 25-10503

Chapter: 13

## MOTION FOR REINSTATEMENT

COMES NOW Debtors, by and through their attorney and, respectfully represents:

    1. Debtors filed a voluntary petition under chapter 13 of the Bankruptcy Code on February 18, 2025

    2. Debtor's case was dismissed due to a failure to pay plan payment..

    3. Debtors have since submitted plan payment to U.S Trustee office..

    4. This application is not made for the purposes of delay and no creditor will suffer any prejudice if Debtor is granted reinstatement.

    WHEREFORE, Debtors requests, Pursuant to Rule 9024 of the Rules of Bankruptcy Procedure and Fed.R.Civ.P. 60(b) that this Court reinstate their case under chapter 13 of the Bankruptcy Code

    This the April 11, 2025.

                                              Respectfully submitted,  
                                              ROGER AND MARSHA TURNER, Debtor  
                                              By: /s/John Fitzgerald Hughes  
                                              MSB No. 100711  
                                              HUGHES LAW GROUP, PLLC  
                                              5847 Getwell Road  
                                              Building C, Suite 1  
                                              Southaven, MS 38672  
                                              O: 662.298.3607  
                                              F: 877.484.4372  
                                              jhughes@hugheslawgrp.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re: ROGER TURNER, DEBTORS                                       Case No.: 25-10503
MARSHA TURNER

Chapter: 13

CERTIFICATE OF SERVICE

The undersigned certifies that he, on April 11, 2025, served electronically or mailed, postage prepaid, true and correct copies of the attached documents to those parties listed on the attached mailing matrix.

THIS, April 11, 2025.

                                                  Respectfully submitted,

                                                  /s/ John Fitzgerald Hughes
                                                  MS Bar No. 100711
`                                                Hughes Law Group, PLLC
                                                  5847 Getwell Rd., Bldg. C. Ste. 1
                                                  Southaven, MS 38672
                                                  O: 662.298.3607
                                                  F: 877.484.4372
                                                  jhughes@hugheslawgrp.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 25-10503-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Fri Feb 21 17:03:25 CST 2025 | Locke D. Barkley<br>6360 I-55 North<br>Suite 140<br>Jackson, MS 39211-2038 | CashNet USA<br>200 West Jackson<br>Suite 1400<br>Chicago, IL 60606-6929 |
| Church Health<br>1350 Concourse Ave.<br>Suite 142<br>Memphis, TN 38104-4570 | Citibank/the Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | Connexus Credit Union<br>Attn: Bankruptcy<br>PO Box 8026<br>Wausau, WI 54402-8026 |
| FSNB N.A.<br>Attn: Bankruptcy Department<br>PO Box 33009<br>Fort Sill, OK 73503-0009 | Fsnb,NA<br>PO Box 33009<br>Fort Sill, OK 73503-0009 | John F Hughes<br>Hughes Law Group, PLLC<br>5847 Getwell Road<br>Building C, Suite 1<br>Southaven, MS 38672-6816 |
| I.C. System, Inc.<br>PO Box 64437<br>Saint Paul, MN 55164-0437 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Mayo Clinic<br>PO Box 9342<br>Big Sandy, TX 75755-9342 |
| Methodist Le Bonheur Healthcare<br>1265 Union Avenue<br>Memphis, TN 38104-3415 | Mid-South Pulmonary and Sleep Specialist<br>5050 Poplar Ave.<br>Suite 800<br>Memphis, TN 38157-0800 | Qualified Management Services<br>2821 S. Parker Rd.<br>Suite 305<br>Aurora, CO 80014-2748 |
| Shelby County Trustee<br>PO Box 2751<br>Memphis, TN 38101-2751 | Snapbox Audubon Point Self Storage<br>1411 Audubon Point Dr.<br>Horn Lake, MS 38637-6047 | Southern Living<br>100 Park Avenue<br>Suite 2000<br>New York, NY 10017-5516 |
| Southern Security Fcu<br>5100 Wheelis Drive<br>Suite 300<br>Memphis, TN 38117-4532 | Treasurer of City of Memphis<br>PO Box 185<br>Memphis, TN 38101-0185 | Triner Storage<br>8411 Hacks Cross Road<br>Olive Branch, MS 38654-4010 |
| Marsha H Turner<br>8255 Macon Road#411<br>Cordova, TN 38018-1564 | Rodger Turner<br>8255 Macon Road#411<br>Cordova, TN 38018-1564 | U-Haul Moving and Storage<br>370 Union Ave.<br>Memphis, TN 38103-3216 |
| U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     0<br>Total                  24 | |