

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In re:<br>**RODGER TURNER**<br>**MARSHA TURNER** | )<br>)<br>)<br>)<br>) | Case No: 25-10503 |
| Debtor(s). | ) | Chapter: 13 |

## ORDER DISMISSING CHAPTER 13 CASE ON MOTION OF DEBTOR(S)

Upon the motion of debtor(s) to dismiss the above-captioned case pursuant to 11 U.S.C. § 1307(b); and the debtor(s) having represented to the Court that this case has not previously been converted under Section 706, 1112 or 1208 of Title 11 of the United States Code, and that the Motion was filed and served as required by Fed. R. Bankr. P. 9013, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that

1. The above-captioned case is hereby **DISMISSED.**

2. The Chapter 13 Trustee shall file a Chapter 13 final report and account as required by Fed. R. Bankr. P. 5009.

3. Pursuant to Local Rule 1017-1(f)(2)(C), notwithstanding the entry of this Order, any party in interest may file an objection to the debtor(s)' motion within 14 days of the entry of this Order. Upon consideration of any timely-filed objection, at its discretion, the Court may either conduct a hearing or rule on the matter without a hearing.

##END OF ORDER##

John Fitzgerald Hughes, MS Bar No. 100711
Hughes Law Group
5847 Getwell Rd., Bldg. C. Ste. 1
Southaven, MS 38672
O: 662.298.3607
F: 887.484.4372
jhughes@hugheslawgrp.com